# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Karla Abigail Rodriguez Toledo,

Plaintiff,

v.

Todd Blanche, et al.,

Defendants.

No. CV-26-00321-TUC-MSA

**ORDER**

Plaintiff Karla Abigail Rodriguez Toledo has filed a notice of voluntary dismissal without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS ORDERED** that, pursuant to Plaintiff's notice of voluntary dismissal (Doc. 5), the Clerk of Court is directed to close this case.

Dated this 14th day of July, 2026.

Honorable Maria S. Aguilera
United States Magistrate Judge